UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KAREEM JAMAL CURRENCE                                               PLAINTIFF

V.                                           CIVIL ACTION NO. 3:20-CV-121-KHJ-LGI

FEDERAL BUREAU OF PRISONS,
et al.                                                                DEFENDANTS

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac. [31]. That Report recommends that the Court dismiss Plaintiff Kareem Jamal Currence's Complaint [1] without prejudice. Written objections to the Report were due by October 14, 2021. The Report notified the parties that failure to file written objections to the findings and recommendations by that date would bar further appeal in accordance with 28 U.S.C. § 636. [31] at 4.

When no party objects to a magistrate judge's report and recommendation, the Court need not review it de novo. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Currence sued the Bureau of Prisons ("BOP") and four BOP counselors in their official capacities, challenging the constitutionality of the Inmate Financial

Responsibility Program as applied to him. [1] at 1. Currence was released from federal custody on November 30, 2020. [31] at 1. Since his release, Currence has not provided the Court with a current address nor has he communicated with the Court since his case was transferred from the United States District Court for the District of Columbia. As a result, the Magistrate Judge recommended that the Court should dismiss this case without prejudice for lack of a case or controversy. *Id.* at 2. Additionally, the Magistrate Judge recommended that this case be dismissed for want of prosecution and failure to comply with the Local Rules requirement to maintain a current address with the court. *Id.* at 3. Currence did not object to this Report and Recommendation. The Court finds that the Report and Recommendation is neither clearly erroneous nor contrary to law and should be adopted as the opinion of this Court.

    IT IS, THEREFORE, ORDERED AND ADJUDGED that the Report and Recommendation [31] of United States Magistrate Judge LaKeysha Greer Isaac, entered in this cause should be, and the same is, adopted as the finding of this Court.

    IT IS, FURTHER, ORDERED AND ADJUDGED that Plaintiff Currence's Complaint is dismissed, and this case is DISMISSED WITHOUT PREJUDICE.

    A separate Final Judgment will issue this day.

    SO ORDERED, this the 19th day of October, 2021.

                                                s/ *Kristi H. Johnson*
                                            UNITED STATES DISTRICT JUDGE